DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
MARGARET W. BAUMGARTNER, State Bar #151763
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:      (415) 554-3837
Email:            margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT MCLAIN, an individual, and MYLAN TRANG, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE OFFICER NICK BETTENCOURT; SAN FRANCISCO POLICE OFFICER ALBERTO DUARTE; SAN FRANCISCO POLICE OFFICER DARCY KELLER; SAN FRANCISCO POLICE OFFICER DANNY LOPEZ; SAN FRANCISCO POLICE OFFICER KEITH MATTHEWS; SAN FRANCISCO POLICE OFFICER JOHN MCMAHON; SAN FRANCISCO POLICE OFFICER MARK MOPAS; SAN FRANCISCO POLICE OFFICER PETER WALSH; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 12-CV-3225 MEJ<br><br>**JOINDER IN ANSWER TO COMPLAINT FILED BY NICK BETTENCOURT, KEITH MATTHEWS, MARK MOPAS AND PETER WALSH**<br><br>Complaint Filed:  June 21, 2012<br>Trial Date:          November 18, 2013 |

1  Defendant NICK BETTENCOURT, KEITH MATTHEWS, MARK MOPAS and PETER
2 WALSH hereby join in the answer, including all affirmative defenses and demand for jury trial, filed
3 by the City and County of San Francisco in this matter.

4 Dated:  January 22, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney

By: _____/s/_____
MARGARET W. BAUMGARTNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.