DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151763
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3859
Facsimile: (415) 554-3837
Email: margaret.baumgartner@sfgov.org

Attorneys for Defendants
NICK BETTENCOURT, KEITH MATTHEWS,
MARK MOPAS, PETER WALSH, CITY AND
COUNTY OF SAN FRANCISCO, ALBERTO DUARTE,
DARCY KELLER, and JON MCMAHON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRENT MCLAIN, an individual, and MYLAN TRANG, an individual, | Case No. 12-CV-3225 MEJ |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUTOFF, EXPERT DISCLOSURE, PRETRIAL CONFERENCE AND TRIAL DATES** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE OFFICER NICK BETTENCOURT; SAN FRANCISCO POLICE OFFICER ALBERTO DUARTE; SAN FRANCISCO POLICE OFFICER DARCY KELLER; SAN FRANCISCO POLICE OFFICER DANNY LOPEZ; SAN FRANCISCO POLICE OFFICER KEITH MATTHEWS; SAN FRANCISCO POLICE OFFICER JOHN MCMAHON; SAN FRANCISCO POLICE OFFICER MARK MOPAS; SAN FRANCISCO POLICE OFFICER PETER WALSH; and DOES 1 through 50, inclusive, | Current Trial Date: November 14, 2013<br><br>Proposed Trial Date: January 13, 2014 |
| Defendants. | |

1    The parties hereby stipulate as follows:

2    WHEREAS the parties wish to file cross motions for summary judgment on the issue of
3    probable cause;

4    WHEREAS it would be efficient and save both parties significant resources to have that
5    motion heard prior to engaging in discovery regarding damages;

6    WHEREAS the parties do not have sufficient time within the current schedule set by the court
7    to have a motion heard prior to the close of discovery;

8    WHEREAS the parties therefore wish to continue the dates necessary to allow the parties to
9    have a motion heard before the close of discovery;

10   WHEREAS continuing the discovery cut off date would make it impossible to meet the court's
11   currently scheduled trial deadlines;

12   NOW THEREFORE, the parties stipulate and agree that:

13   1. The dispositive motion filing and hearing dates set by the court in its September 17, 2012
14   Case Management Order shall remain in effect (filing date June 13, 2013; hearing date July 18, 2013
15   at 10:00 a.m.);

16   2. The discovery cut off date, including expert witness discovery, shall be continued to
17   September 20, 2013;

18   3. The parties shall exchange expert witness reports as required by Federal Rule of Civil
19   Procedure by September 2, 2013;

20   4. The parties shall exchange reports of rebuttal experts, if any, by September 11, 2013;

21   5. The parties shall meet and confer regarding the pretrial statement and exchange papers
22   required by Rule 26(a)(3) by November 14, 2013;

23   6. The parties shall file their pretrial submissions and joint pretrial statement with the court by
24   December 6, 2013.

25   7. The parties shall file their motions in limine by December 6, 2013, with oppositions to be
26   filed by December 13, 2013.

27   8. The parties shall file a joint set of voir dire questions, trial briefs, joint jury instructions and
28   proposed joint or separate verdict forms by December 20, 2013.

9. The Court shall hold a pretrial conference on January 9, 2014 at 10:00 a.m. in Courtroom B to address any outstanding trial issues.

10. Trial shall be on Monday January 13, 2014 beginning at 9:30 a.m.

Except for the change of dates, the other provisions of the Court's September 17, 2012 Case Management Order shall remain in effect.

Dated: April 22, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney

By: */s/ Margaret W. Baumgartner*
MARGARET W. BAUMGARTNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated: April 22, 2013

PRATHER LAW OFFICES

By: */s/ Sybil L. Renick*
EDWIN K. PRATHER
SYBIL L. RENICK

Attorneys for Plaintiffs
BRENT MCLAIN and MYLAN TRANG

**ORDER**

Pursuant to this stipulation, IT IS SO ORDERED.

Dated: April 25, 2013

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE