1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  MARGARET W. BAUMGARTNER, State Bar #151763
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3859
6  Facsimile:     (415) 554-3837
   Email:         margaret.baumgartner@sfgov.org
7

8
   Attorneys for Defendants NICK BETTENCOURT, KEITH
9  MATTHEWS, MARK MOPAS, PETER WALSH, CITY AND COUNTY OF SAN
   FRANCISCO, ALBERTO DUARTE, DARCY KELLER, and JON MCMAHON
10

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14 | BRENT MCLAIN, an individual, and          | Case No. 12-CV-3225 MEJ
   | MYLAN TRANG, an individual,               |
15 |                                           | **STIPULATION AND [PROPOSED] ORDER
   |         Plaintiffs,                       | CONTINUING DISPOSITIVE MOTION,
16 |                                           | DISCOVERY CUTOFF, AND EXPERT
   |     vs.                                   | DISCLOSURE DATES**
17 |                                           |
   | CITY AND COUNTY OF SAN                    |
18 | FRANCISCO; SAN FRANCISCO POLICE           |
   | OFFICER NICK BETTENCOURT; SAN             | Current Trial Date:   January 13, 2014
19 | FRANCISCO POLICE OFFICER ALBERTO          |
   | DUARTE; SAN FRANCISCO POLICE              |
20 | OFFICER DARCY KELLER; SAN                 |
   | FRANCISCO POLICE OFFICER DANNY            |
21 | LOPEZ; SAN FRANCISCO POLICE               |
   | OFFICER KEITH MATTHEWS; SAN               |
22 | FRANCISCO POLICE OFFICER JOHN             |
   | MCMAHON; SAN FRANCISCO POLICE             |
23 | OFFICER MARK MOPAS; SAN                   |
   | FRANCISCO POLICE OFFICER PETER            |
24 | WALSH; and DOES 1 through 50, inclusive,  |
25 |         Defendants.                       |

26

27

28
   Stip re Motion and Discovery Dates          1         c:\documents and settings\kunderhill\local settings\temporary
   Case No. 12-cv-3225                                    internet files\content.outlook\803b2m5p\mclain - stip re trial
                                                                                                          dates.doc

The parties hereby stipulate as follows:

WHEREAS the parties wish to file cross motions for summary judgment on the issue of probable cause;

WHEREAS it would be efficient and save both parties significant resources to have that motion heard prior to engaging in discovery regarding damages;

WHEREAS the parties do not have sufficient time within the current schedule set by the court to have a motion heard prior to the close of discovery;

WHEREAS the parties therefore wish to continue the dates necessary to allow the parties to have a motion heard before the close of discovery;

WHEREAS continuing the discovery cut off date would make it impossible to meet the court's currently scheduled trial deadlines;

NOW THEREFORE, the parties stipulate and agree that:

1. The dispositive motion filing date shall be continued to July 18, 2013, and the hearing date for dispositive motions shall be continued to August 15, 2013 at 10:00 a.m.;

2. The discovery cut off date, including expert witness discovery, shall be continued to October 11, 2013;

3. The parties shall exchange expert witness reports as required by Federal Rule of Civil Procedure by September 20, 2013;

4. The parties shall exchange reports of rebuttal experts, if any, by September 30, 2013;

5. The parties shall meet and confer regarding the pretrial statement and exchange papers required by Rule 26(a)(3) by November 14, 2013;

6. The parties shall file their pretrial submissions and joint pretrial statement with the court by December 6, 2013.

7. The parties shall file their motions in limine by December 6, 2013, with oppositions to be filed by December 13, 2013.

8. The parties shall file a joint set of voir dire questions, trial briefs, joint jury instructions and proposed joint or separate verdict forms by December 20, 2013.

Stip re Motion and Discovery Dates
Case No. 12-cv-3225

2

c:\documents and settings\kunderhill\local settings\temporary internet files\content.outlook\803b2m5p\mclain - stip re trial dates.doc

9. The Court shall hold a pretrial conference on January 9, 2014 at 10:00 a.m. in Courtroom B to address any outstanding trial issues.

10. Trial shall be on Monday January 13, 2014 beginning at 9:30 a.m.

Except for the change of dates, the other provisions of the Court's September 17, 2012 Case Management Order shall remain in effect.

Dated: June 11, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney

By:   */s/ Margaret W. Baumgartner*
       MARGARET W. BAUMGARTNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated: June 11, 2013

PRATHER LAW OFFICES

By:   */s/ Sybil L. Renick*
       EDWIN K. PRATHER
       SYBIL L. RENICK

Attorneys for Plaintiffs
BRENT MCLAIN and
MYLAN TRANG

**ORDER**

Pursuant to this stipulation, IT IS SO ORDERED.

Dated: June 12, 2013

HON. MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Stip re Motion and Discovery Dates
Case No. 12-cv-3225

3

c:\documents and settings\kunderhill\local settings\temporary internet files\content.outlook\803b2m5p\mclain - stip re trial dates.doc