1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  MARGARET W. BAUMGARTNER, State Bar #151763
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:      (415) 554-3859
6  Facsimile:      (415) 554-3837
   Email:          margaret.baumgartner@sfgov.org

7

8

9  Attorneys for Defendants NICK BETTENCOURT, KEITH
   MATTHEWS, MARK MOPAS, PETER WALSH, CITY AND COUNTY OF SAN
   FRANCISCO, ALBERTO DUARTE, DARCY KELLER, and JON MCMAHON

10

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14  BRENT MCLAIN, an individual, and          Case No. 12-CV-3225 MEJ
    MYLAN TRANG, an individual,
15                                            **STIPULATION AND [PROPOSED] ORDER
           Plaintiffs,                        CONTINUING DISPOSITIVE MOTION,
16                                            DISCOVERY CUTOFF, AND EXPERT
           vs.                                DISCLOSURE DATES**
17
    CITY AND COUNTY OF SAN
18  FRANCISCO; SAN FRANCISCO POLICE
    OFFICER NICK BETTENCOURT; SAN            Current Trial Date:      January 13, 2014
19  FRANCISCO POLICE OFFICER ALBERTO
    DUARTE; SAN FRANCISCO POLICE
20  OFFICER DARCY KELLER; SAN
    FRANCISCO POLICE OFFICER DANNY
21  LOPEZ; SAN FRANCISCO POLICE
    OFFICER KEITH MATTHEWS; SAN
22  FRANCISCO POLICE OFFICER JOHN
    MCMAHON; SAN FRANCISCO POLICE
23  OFFICER MARK MOPAS; SAN
    FRANCISCO POLICE OFFICER PETER
24  WALSH; and DOES 1 through 50, inclusive,

25         Defendants.

26

27

28
    Stip re Motion and Discovery Dates          1         c:\documents and settings\kunderhill\local settings\temporary
    Case No. 12-cv-3225                                   internet files\content.outlook\803b2m5p\mclain - stip re trial
                                                          dates.doc

1    The parties hereby stipulate as follows:

2    WHEREAS the parties wish to file cross motions for summary judgment on the issue of

3    probable cause;

4    WHEREAS it would be efficient and save both parties significant resources to have that

5    motion heard prior to engaging in discovery regarding damages;

6    WHEREAS the parties do not have sufficient time within the current schedule set by the court

7    to have a motion heard prior to the close of discovery;

8    WHEREAS the parties therefore wish to continue the dates necessary to allow the parties to

9    have a motion heard before the close of discovery;

10   WHEREAS continuing the discovery cut off date would make it impossible to meet the court's

11   currently scheduled trial deadlines;

12   NOW THEREFORE, the parties stipulate and agree that:

13   1.  The dispositive motion filing date shall be continued to July 18, 2013, and the hearing date

14   for dispositive motions shall be continued to August 15, 2013 at 10:00 a.m.;

15   2.  The discovery cut off date, including expert witness discovery, shall be continued to

16   October 11, 2013;

17   3.  The parties shall exchange expert witness reports as required by Federal Rule of Civil

18   Procedure by September 20, 2013;

19   4.  The parties shall exchange reports of rebuttal experts, if any, by September 30, 2013;

20   5.  The parties shall meet and confer regarding the pretrial statement and exchange papers

21   required by Rule 26(a)(3) by November 14, 2013;

22   6.  The parties shall file their pretrial submissions and joint pretrial statement with the court by

23   December 6, 2013.

24   7.  The parties shall file their motions in limine by December 6, 2013, with oppositions to be

25   filed by December 13, 2013.

26   8.  The parties shall file a joint set of voir dire questions, trial briefs, joint jury instructions and

27   proposed joint or separate verdict forms by December 20, 2013.

28

Stip re Motion and Discovery Dates              2        c:\documents and settings\kunderhill\local settings\temporary
Case No. 12-cv-3225                                       internet files\content.outlook\803b2m5p\mclain - stip re trial
                                                          dates.doc

1      9.  The Court shall hold a pretrial conference on January 9, 2014 at 10:00 a.m. in Courtroom B

2   to address any outstanding trial issues.

3      10.  Trial shall be on Monday January 13, 2014 beginning at 9:30 a.m.

4      Except for the change of dates, the other provisions of the Court's September 17, 2012 Case

5   Management Order shall remain in effect.

6   Dated:  June 11, 2013                          DENNIS J. HERRERA
                                                    City Attorney
7                                                   CHERYL ADAMS
                                                    Chief Trial Attorney
8                                                   MARGARET W. BAUMGARTNER
                                                    Deputy City Attorney
9

10

11                                          By:      */s/ Margaret W. Baumgartner*
                                                    MARGARET W. BAUMGARTNER
12
                                                    Attorneys for Defendants
13                                                  CITY AND COUNTY OF SAN
                                                    FRANCISCO, ET AL.
14

15   Dated:  June 11, 2013                          PRATHER LAW OFFICES

16

17                                          By:      */s/ Sybil L. Renick*
                                                    EDWIN K. PRATHER
18                                                  SYBIL L. RENICK
19
                                                    Attorneys for Plaintiffs
20                                                  BRENT MCLAIN and
                                                    MYLAN TRANG
21

22

23                                   **ORDER**

24      Pursuant to this stipulation, IT IS SO ORDERED.

25      Dated:  June 12, 2013

26                                                  HON. MARIA ELENA JAMES

27                                                  UNITED STATES MAGISTRATE JUDGE

28
     Stip re Motion and Discovery Dates          3          c:\documents and settings\kunderhill\local settings\temporary
     Case No. 12-cv-3225                                     internet files\content.outlook\803b2m5p\mclain - stip re trial
                                                             dates.doc