**EXHIBIT 1 to the Deposition of
Sgt. Jon McMahon**

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION   Page 1 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |
| **Date of Occurrence** | **Detail** | **Inspector Assigned** |
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
| 11/8/10 | 1625 | This case was originally assigned to Insp. Ramsey #924 on 7/16/10. I received the case file and took over the investigation. Discussed case with Insp. Ramsey #924 and Insp. Keller #2178.<br><br>#924 requested documents from Fiscal regarding records of transaction with vendors used by the SFPD to purchase items and service equipment for the Marine Unit. Refer to memo and chronological written by #924. The records are retained in the case file. |
| 11/9/10 | 1355 | Reviewed case file. |
|  | 1535 | Summary of the case:<br><br>• Officer ▮▮▮▮ told Lt. Jason Fox #788 that he believed he had observed misconduct by his former supervisor, Sgt. ▮▮▮▮ of the Marine Unit.<br><br>• See Memorandum written by Lt. Fox / Retained in case file.<br><br>• Officer ▮▮ stated he witnessed possible improper action taken by Sgt. ▮▮ while purchasing Department equipment.<br><br>• Officer ▮▮ stated Sgt. ▮▮ purchased two boat engines using a Cal-Boating grant. Sgt. ▮▮ might have received a "kick-back" from the vendor (Eagle Marine) in return for the bid to outfit the vessel.<br><br>• Officer ▮▮ gave Lt. Fox two documents that are retained in the case file. 1) A handwritten list of computer items faxed to Eagle Marine. 2) A faxed response to that request, referring to monies "held back" to purchase the computer items.<br><br>• Officer ▮▮ believes that Sgt. ▮▮ received these computer items improperly and kept them for his personal use. Officer ▮▮ stated he never saw these items at the Marine Unit Headquarters.<br><br>• Officer ▮▮ relayed concerns that two flotation vests purchased with department monies from Coast Marine were retained for the personal use of Sgt. ▮▮ |
| 11/10/10 | 0930 |  |
|  | 1000 | Researched vouchers and billing statements from Eagle Marine. Searched |

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION  Page 2 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |
| Date of Occurrence | Detail | Inspector Assigned |
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
| | | for Apple computer products and any possible credits for the two engines. |
| | 1105 | Searched Eagle Marine website. They do not sell Apple computers. |
| | 1125 | Spoke to Justin who is an employee with Eagle Marine (925-229-4881) and he confirmed they do not sell Apple computer products. |
| | 1145 | Received a voice mail from |
| 11/10/10 | 1330 | Reviewing case file / Billing statements, invoices and vouchers from different vendors related to the Marine Unit. |
| | 1530 | |
| | 1620 | |
| 11/15/10 | 0855 | Spoke and discussed case with Lt. Agard. |
| | 0920 | Researched purchase orders, invoices and vouchers in the case file. |
| | 1320 | Called Officer ▓▓▓▓ Left voice mail with my contact information. |
| 11/16/10 | 1335 | Called Officer ▓▓▓▓ Left a message. |
| | 1500 | Spoke to Officer ▓▓▓▓ / Will check his schedule and call me with a good time for an interview. |
| | 1937 | Received a voice mail on my cell phone from Officer ▓▓▓▓ Wants to meet with me on Thursday 11/18/10 at 0900 hours. |
| 11/17/10 | 0735 | Researched invoices from Coast Marine and Eagle Marine regarding lifejackets purchased with Department monies. Negative results. |
| | 0835 | Gave Lt. Agard an update regarding this case. |
| | 0905 | Called Deborah Landis from Fiscal / Left her my contact information. |
| | 1023 | Deborah Landis called / Left a voice mail. Wants to meet with me tomorrow 11/18/10 at 1500 hours. |
| | 1035 | Called Officer ▓▓▓▓ Left a voice mail to confirm the interview. |
| | 1040 | Called Deborah Landis / Left voice mail to confirm our appointment. |
| | 1120 | Spoke to Officer ▓▓▓▓ Confirmed interview at SID, on 11/18/10 @ 0900 hours. |
| | 1159 | Spoke to Deborah Landis. Confirmed my appointment with her at 1030 hours on 11/18/10 at the HOJ 5th floor-Fiscal office. |
| 11/18/10 | 0910 | Insp. Walsh #2087 and #106 interviewed Officer Latus at SID/HOJ.<br><br>• Officer ▓▓▓▓ worked with the Marine Unit from 11/2001 thru 4/2010.<br><br>• The Marine Unit consists of approximately six boats, two jet skis, six officers and two sergeants.<br><br>• Two Mercury 90 HP engines were replaced on the 21' inflatable Zodiac boat. Approximately at the end of 2008 or the beginning of |

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |
| Date of Occurrence | Detail | Inspector Assigned |
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
| | | 2009. |
| | | - Eagle Marine was the vendor chosen to replace the two engines. |
| | | - The Marine Unit had certain vendors issued Blanket Purchase Orders enabling the Marine Unit to purchase boating equipment. These purchase orders were pre-approved by Fiscal. |
| | | - Large pieces of equipment had to be approved by Fiscal before being purchased. |
| | | - Officer ███ stated that two Personal Flotation Devices were purchased from Coast Marine. The PFD's were blue and gold and made by Stearns. He picked them up from the vendor but has not seen them since. They were not like the type of life jackets that the officers wore on the boats which are made by Mustang. These PFD's were on a purchase order from Coast Marine. |
| | | - All equipment is kept at the Marine Unit itself at the Hyde St. Harbor. They are kept in the office or the storage shed. |
| | | - When the engines are taken off the boat they are stored at Eagle Marine. Eagle Marine services the old engines and keeps them in case there is a problem with the new engines. |
| | | - Officer ███ did not know how they disposed of old equipment. He said it would usually be stored (such as old electronic equipment). |
| | | - Office ███ said one of the Zodiac inflatables is no longer with the Marine Unit. He sees it around Hyde St. Pier but he doesn't know if it was sold or what the process is for disposing of old boats. The person driving the boat is Brent McLain, who is a diver in the area. |
| | | - Officer ███ does not know if the SFPD registers their boats. |
| | | - Officer ███ said he has never seen any Apple computers used in the Marine Unit office. |
| | | - Officer ███ stated that Sgt. ███ worked as the rescue team leader with Qualisec for secondary employment. Officer ███ felt that these missing life jackets might have been used at one of the Red Bull |

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION  Page 4 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| **Misappropriation of City Funds** | 100 664 178 | C/C of S.F. |
| Date of Occurrence | Detail | Inspector Assigned |
| **July 2008 – Present** | **Internal Affairs Division** | **Sgt. Jon McMahon #106** |

| Date | Time | Activity |
|---|---|---|
|  |  | events. The events were sometime between 2007 and 2009. The location was San Diego and Detroit.<br><br>• Officer ▮ main concern was the possible $1200.00 "kick-back" for the engines, the missing lifejackets and the Apple Computer equipment. He felt that money for the Marine Unit could have been used in a better way for day to day operations.<br><br>This is merely a summary of the interview, for complete details refer to the CD-Disk retained in the case file |
|  | 1005 | At SID - #2087 and #106 spoke with Deborah Landis from Fiscal. Landis gave us a basic working knowledge regarding invoices, vouchers and purchase orders in the SFPD. Vouchers contain different codes that explain where the funds are originating from, such as grants or the Marine Unit budget. She explained that the Marine Unit receives grants from the SFPD and the Port Authority. Sgt. ▮ signs off on the invoices before they are submitted to Fiscal for payment to the vendor. |
| 11/22/10 | 0930 | Called Officer Mark Laherty #1644 ▮ / Left a voice mail with my contact information. Officer Laherty is detailed to the Marine Unit. |
|  | 1420 | Searched through invoices from Coast Marine. Looking for the purchase of the Stearns life jackets with negative results. |
| 11/23/10 | 0750 | Continued searching through all the invoices for Stearns life jackets with negative results. |
|  | 1000 | Call Deborah Landis at Fiscal / Left a voice mail / Want to see if there are any more invoices from Coast Marine (2007 & 2008). |
|  | 1010 | Spoke to Officer Laherty. He is willing to meet with me / Checking his schedule. Will call back on Wednesday 11/24/10. |
| 11/24/10 | 1100 | Spoke to Laherty / Will call Wednesday 12/1/10 with a time he can meet with me on Thursday 12/2/10. Unable to meet before. |
| 11/29/10 | 1510 | #106 met with Ken Bukowski (CFO for SFPD) and Deborah Landis. Asked to get records of transactions from Coast Marine during 2007 & 2008. #106 is trying to locate the invoices pertaining to the purchase of two Stearn's Life Jackets. Landis stated that the records are off site and that it would take a few days. Bukowski informed me that all purchases and invoices from grants came through Fiscal. |
| 12/1/10 | 1625 | Spoke with Laherty / Meeting at SID (1130 hours on 12/2/10). |
| 12/2/10 | 1050 | Confirmed 1130 meeting with Laherty. |
|  | 1135 | #2087 and #106 conducted a taped interview with Laherty at SID<br><br>• Laherty has been with the Marine Unit for over 8 years. He left the unit |

Confidential
# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION Page 5 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |

| Date of Occurrence | Detail | Inspector Assigned |
|---|---|---|
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
| | | for approximately 6 months and came back in November 0f 2010. |

- Laherty said the ordering of equipment is done by Sgt. Matthews #102 or Sgt. ▮▮▮▮ Laherty tells them what is needed but does not order anything himself.

- Laherty felt that the Marine Unit would have a difficult time passing an audit. There is no accounting for items that are ordered.

- When asked about the Stearns's life jackets, Laherty said he saw some blue horse collar life jackets (PFD) that were ordered approximately 2.5 – 3 years ago. He does not know who ordered them. He never saw them again.

- Laherty stated he never saw or knows of any Apple computer equipment being used within the Marine Unit.

- Laherty said does not believe any computer hardware is sold at Eagle Marine.

- Laherty said ▮▮▮▮ has secondary employment with Red Bull.

- Laherty said it could be possible that ▮▮▮▮ ordered items that he paid for with his own funds.

- Laherty stated the Marine Unit has numerous boats in their fleet. Many of them have been given to them by the Coast Guard. His understanding is that the boats must be disposed of and cannot be sold when the Marine Unit is done with them.

- Laherty has seen one of the Zodiac boats (Marine 2) that is not being used by the Marine Unit any longer. It is in the possession of a Port worker by the name of Brent McLain. McClain told Laherty that he bought it at an auction. Possibly works at Pier 50 as a Port Maintenance Supervisor.

- Laherty said he would try to locate the CF (Registration) number.

- Laherty said that equipment is missing from the Marine Unit but he does not know what happened to it. He does not know anything regarding possible "Kickbacks" to ▮▮▮▮ from vendors.

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION  Page 6 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |
| Date of Occurrence | Detail | Inspector Assigned |
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
|  |  | This is merely a summary of the interview, for complete details refer to the CD-Disk retained in the case file. |
|  | 1535 | Met with Landis from Fiscal. She gave me the Coast Marine invoices I requested from 2007 & 2008. Some of the invoices were missing and Landis said she would try to locate them. I searched the invoices for Stearns Life Jackets with negative results. I retained the invoices in the case file. |
| 12/7/10 | 0910 | Called Landis / Left a voice mail. |
|  | 0920 | Called Laherty regarding the CF # on the Zodiac boat in the possession of McLain / Left a voice mail. |
|  | 1345 | Went to Fiscal and spoke to Landis. Said she was waiting for Coast Marine to send her the invoices I requested. She will call me when she receives them. |
| 12/8/10 | 1155 | Spoke to Laherty / Told me he was trying to locate the Zodiac in McLain's possession. The Zodiac is bright orange, 21' long with two 90 HP Mercury engines. It could possibly be at Pier 50/52. |
| 12/9/10 | 1055 | Spoke to Landis / Informed me that she located the invoices from Coast Marine that I requested. |
|  | 1525 | Retrieved Coast Marine invoices from Fiscal. |
|  | 1610 | Reviewed invoices with negative results regarding the purchase of two Stearn's life jackets (PFD). |
| 12/10/09 | 1630 | Received a voice mail from Laherty. |
| 12/13/10 | 1050 | #2087 and #106 went to Eagle Marine located in Martinez, CA. At Eagle Marine, we met Gerald "Jerry" Long. #2087 told Long that the San Francisco Police Department was conducting a review of some Marine Unit finances. #2087 told Long that during the review an issue came up in regards to a repair invoice, a list, and a handwritten note. Long spontaneously stated that he did not want to get anyone in "trouble." <br><br> #2087 showed Long all three items. #2087 asked Long about an invoice dated February 13, 2009 showing a credit for two motors. One motor had a credit of $1000 next to it and the second motor had a credit for $1200. Eagle Marine gave the credit based on what it thought the engines were worth. Long explained that Eagle Marine placed two new engines on the police boat and took the two old engines off (it should be noted that extensive work took place according to this invoice). <br><br> Subsequently, #2087 showed Long a handwritten note date February 13, 2009 to "▮▮▮▮▮ Long stated that the handwriting on the note was his and that ▮▮▮▮▮▮▮▮▮▮▮▮▮ Long stated that he gave the department and additional $600 for each motor for a total of $1200 that he did not include on |

Confidential

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |
| Date of Occurrence | Detail | Inspector Assigned |
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
| | | the invoice. Long stated that Lopez faxed a list of items that he wanted and Long's note merely asked if he should fill the order from the list or did Lopez just want a store credit at Eagle Marine.<br>#2087 showed Long a note fax dated on January 22, 2009. The note had a handwritten list of items on it. The items were:<br><br>1. Apple LED 24" Flat Panel Display - 899<br>2. LaCie 500GB Rugged All Terrain Hard Drive -209.95<br>3. Apple Keyboard - 49<br>4. Apple Wireless Mighty Mouse – 69<br><br>The numbers after the items is the price of each item.<br>Long stated that this was the list he was referring to in his February 13, 2009 fax. Long stated that he did provide the hard drive, but not the other computer related items. Long explained the hard drive was the type that could function in the environment the Marine Unit operates on the water. Long stated he had paperwork showing the other items he ordered, but they were not in his "SFPD" file. Long explained that ▇▇ ordered the items through Eagle Marine. Long stated that the items ▇▇ wanted were from a catalogue (possibly from the Government). ▇▇ told Long that the items he needed involved too much paperwork to get.<br><br>Long added that most of the money the City pays Eagle Marine is for maintenance or repairs on the various boats. Long stated that ▇▇ has been doing a lot of the work himself and uses the money for equipment purchases.<br><br>Long stated that #2087 gave Long his cell number and fax number so Long could send the paperwork once he found it.<br>#2087 and #106 left Eagle Marine and were driving through Martinez when Long called and stated he found the paperwork. #2087 and #106 went back to Eagle Marine and spoke to Long again.<br><br>Long handed over a copy of a faxed quote from "Lifesaving Systems. Corp.," dated March 17, 2009. The sheet shows the quotes for the following items:<br><br>1. Personal Retrieval Strap   3 @ 58.45 ea. |

Produced Pursuant to Stipulated Protective Order                    CCSF McLain 000032

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION  Page 8 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| **Misappropriation of City Funds** | 100 664 178 | C/C of S.F. |
| Date of Occurrence | Detail | Inspector Assigned |
| **July 2008 – Present** | **Internal Affairs Division** | **Sgt. Jon McMahon #106** |

| Date | Time | Activity |
|---|---|---|
| | | 2. Black Snorkel  3 @ 10.95 ea. |
| | | 3. Clear Seavision 2000 Mask  3 @ 58.45 pr. |
| | | 4. Polarized Safety Glasses  6 @ 26.95 pr. |
| | | 5. Prof Throwline, Orange 75'6 @ 69.95 ea. |
| | | 6. Firefly Rescue Light  6 @ 61.95 ea. |
| | | The above prices were subtotaled by hand for each set of items and then totaled to a sum of $1366.55. The quote also has handwriting and other tabulations on it. Some of the items on the above list are affirmed, reduced or completely crossed-off. After the changes, a new handwritten total is written as $938.00. One notation is for a "LaCie 5GB hard drive sold @ Apple Store" with an arrow to the price of "209.95." That is a total of $1147.95. Long said the shipping was approximately $50.00, which gives us a total very close to $1200.00 |
| | | The second document Long provided shows the packing list sent to Eagle Marine and was dated. The list shows the following items being shipped: |
| | | 1. Personal Retrieval Strap  3 @ 58.45 ea. |
| | | 2. Black Snorkel  3 @ 10.95 ea. |
| | | 3. Clear Seavision 2000 Mask  3 @ 58.45 pr. |
| | | 4. Polarized Safety Glasses  5 @ 26.95 pr. |
| | | 5. Prof Throwline, Orange 75'6 @ 69.95 ea. |
| | | The total for these items is 938.00. Long initialed both documents in front of #2087 and #106. |
| | | Long stated that ▇▇▇ told him it was too hard to get items like the ones on the list due to bureaucratic inefficiency and it was easier to handle transactions this way. Long stated that he has been securing more equipment for the Marine Unit then performing maintenance although Eagle Marine was contracted to do repairs on the boats. Long stated that he does not charge for taking the boats in and out of the water. This service runs approximately $300. Long also stated that ▇▇▇ is the best negotiator he has dealt with and seems to get things he needs for the Marine Unit. |
| | 1325 | Called Laherty / Left a voice mail. |

Produced Pursuant to Stipulated Protective Order

CCSF McLain 000033

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION  Page 9 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |

| Date of Occurrence | Detail | Inspector Assigned |
|---|---|---|
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
| 12/14/10 | 1215 | Laherty left me a voice mail. |
|  | 1410 | Spoke to Laherty / Will meet with him on 12/15/10 regarding equipment purchased at Eagle Marine. |
| 12/15/10 | 0955 | Spoke to Captain Connolly from Homeland Security regarding an inventory being conducted with the Marine Unit. He confirmed that Sgt. Matthews and his team were conducting an inventory on all the equipment and boats within the Marine Unit. |
|  | 1025 | Called Laherty / Left a voice mail. |
|  | 1230 | Set up a meeting with Laherty at pier #32 @ 1300 hours |
|  | 1305 | #106 and #2087 met with Laherty and showed him a list of the items that were purchased by [redacted] at Eagle Marine. Laherty stated that some of the equipment might be at the Marine Unit headquarters. He said he would check the storage shed and call me next week. Laherty said that he has never seen the LaCie All-Terrain Hard Drive at the Marine Unit headquarters. Laherty stated he had not located the Zodiac boat that Brent McLain purchased. |
|  | 1340 | #106 and #2087 went to the Marine Unit headquarters and met with Sgt. Keith Matthews #102. He stated that his team was conducting an inventory of all the equipment belonging to the Marine Unit under the orders of Captain Connolly.<br><br>Matthews told us that most of the boats and a lot of the Marine Unit equipment are gotten from the State through the "1033 Program". This program makes equipment available for law enforcement agencies throughout California free of charge. Mike Croxson [redacted] is the state contact with the 1033 Program. The point of contact with the SFPD is Sgt. Julian Ng.<br><br>Matthews said that Lopez does all the purchasing and handles all the paperwork, invoices etc. regarding the vendors used by the Marine Unit.<br>I asked Matthews if he knew about the Zodiac boat that Brent McLain has in his possession. Matthews heard that McClain had purchased it in an auction. He knew nothing else regarding this matter.<br><br>Lopez asked Matthews where the radar equipment came from that he saw on McLain's boat. He wanted to know if McLain had stolen it from the Marine Unit. Matthews said he did not know, but did not think any radar equipment was missing from their inventory.<br><br>Matthews informed us that the Port Authority workers had access to part of the Marine Unit's shed where they stored their equipment. |

## SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION Page 10 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |

| Date of Occurrence | Detail | Inspector Assigned |
|---|---|---|
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
| | | I showed Matthews a list of the items that Lopez had purchased from Eagle Marine. Matthews said all the items except the LaCie Hard Drive were used by the Marine Unit. He could not tell if the items bought were the same ones in the inventory. These items were bought in early 2009 and would be long gone by now. He said that he never saw the LaCie Hard Drive at the Marine Unit. He did not understand why he would have purchased it.<br><br>Matthews was surprised that items on the list from Eagle Marine were purchased there. This type of equipment is usually purchased from other vendors. He was under the impression that Eagle Marine was strictly used for maintenance on the engines and boats. |
| | 1725 | Laherty called and said that he saw the Zodiac boat being driven by Brent McLain. He got the CF number. I was driving my vehicle, so I could not write down the number. I asked him to leave it on my voice mail. |
| 12/21/10 | 1105 | I never received a call from Laherty / Called and left him a voice mail. |
| | 1110 | Laherty called and stated he saw McLain driving the Zodiac boat near the Marine Unit Headquarters / CF #9812TM. The boat is powered by two 90HP Mercury Engines that belonged to the Marine Unit prior. The boat also contained a radar system that looked similar to the radar used by the Marine Unit. Laherty thought the radar might have belonged to the Marine Unit. Laherty thought it was strange the way the Zodiac boat was outfitted. |
| | 1113 | I conducted a computer check on CF #9812TM. The R/O came back to Brent McLain (Pier 50, Shed D, San Francisco). |
| 12/22/10 | 0930 | Called Rebecca Gonzalez (916-657-8158) with DMV / Left her a voice mail with my contact information. Looking for information regarding past R/O of the Zodiac boat (CF #9812TM). |
| | 0950 | Called DMV investigator Leon Jew (            ) regarding registration information on the Zodiac boat. Left a voice mail / He is out of the office until January 3rd 2011. |
| | 1415 | #106 and #2087 went to pier 50 (Port Authority) to meet with Brent McLain. We were informed that he works from 0600-1400 hours at pier 80. |
| | 1615 | Received a voice mail from Rebecca Gonzalez of DMV. |
| 12/23/10 | 0950 | #2087 and #106 went to Pier 80 to meet Brent McLain. Off. Brian Perry met us at the gate and drove us to McLain's work area.<br><br>#2087 told McLain that during an audit of property at the Marine Unit, the department learned that he purchased one of the department's boats. McLain stated he bought the boat from an unknown person on Craigslist. McLain stated he met this unknown person in a parking lot in the East Bay. McLain stated he would try and locate the paperwork. McLain stated he paid |

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |
| Date of Occurrence | Detail | Inspector Assigned |
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
| | | $5000 cash for the boat as a package.<br><br>McLain stated that the boat was in a state of disrepair and it took approximately 6-8 months to repair the boat. McLain said that the boat was sold with the radar, charts, gauges and 2 Mercury 90 HP engines. McLain had pictures of the boat on his phone that showed the boat in disrepair. He said he would email the pictures.<br><br>McLain said that he would try and locate the paperwork for the boat that he received upon purchase. He believes the person that bought the boat purchased it from "Auto House" which is an auction company. He met the person at a parking lot and purchased the boat with the $5000 cash.<br><br>McLain's cell phone number is ▬▬▬▬ |
| | 1030 | #2087 called First Capital Auctions and spoke to Janet, the office manager. Janet stated that she could review the records to check if any boats had been sold by San Francisco through First Capital. Janet located a boat sale by another law enforcement agency, but not from San Francisco.<br><br>Janet stated that she was 95% sure that the boat was not auctioned/sold through her company. She said it might be possible a boat not in working condition or disassembled would not have been sold in their system. First Capital has had the contract to sell goods since 2006. Nationwide, the company that had the contract prior to First Capital, is no longer in business. |
| | 1105 | Spoke with Sgt. Matthews who informed me that the inventory is nearly complete. I asked him if he had seen the Apple LaCie Hard Drive and he stated "No." |
| | 1120 | Spoke to Brent McLain / He said that he paid cash for the boat. He was still looking for the paper work regarding who he bought the boat from, the exact name of the auction company and any other relevant information. |
| | 1135 | Called R. Gonzalez from DMV. She told me that I could get registration history and other records on the Zodiac boat from the Law Enforcement Counter. She was going to find the phone number and call me back. |
| | 1339 | Sgt. Minner #149 emailed Clint Powell who works in customer service for Craigslist. #149 told Powell that we were looking for information regarding the posting of the Zodiac Boat on Craigslist. #149 gave Powell a description of the Zodiac and asked him to contact us if he had any questions. I retained the email in the case file. |
| | 1550 | Called DMV registration records and was given the following information. The previous owner of the Zodiac on the "Bill of Sale" was Donald Carmignani. ▬▬▬▬ The boat was not registered to Carmignani in |

## SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION Page 12 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |

| Date of Occurrence | Detail | Inspector Assigned |
|---|---|---|
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
|  |  | California. The Zodiac was sold to McLain on 1/10/10 per the Bill of Sale. DMV said they would send me the bill of sale and registration to me by US Mail. |
| 1/3/11 | 0730 | Received requested registration information from DMV regarding Zodiac boat (CF #9812TM). The "Bill of Sale" confirmed that McLain bought the Zodiac from Carmignani on 1/10/2010 for the amount of $500.00. Retained in the case file. |
|  | 0835 | Researched Carmignani and his company (Daegis) on LexisNexis. Retained information in the case file. |
|  | 0940 | I conducted a computer query on Donald Carmignani. Retained results in the case file. |
|  | 1300 | I called Carmignani, (c)_____/ Voice mail box was full and not accepting messages. |
|  | 1310 | Called Carmignani (w_____/ Voice mail box was full and not accepting messages. |
|  | 1410 | Called McLain. He told me that he could not find the paperwork work regarding the registration. He did not remember who he bought the Zodiac from or what auction company sold it prior to him buying it. All he knows is that he bought it from an unknown person on Craigslist approximately 1 year ago for $5000.00 in a parking lot. McLain told me he has to go to a meeting and that I could call him back at 1600 hours. He appeared agitated and hung up the phone abruptly. |
|  | 1440 | Called Carmignani / Voice mail box full. |
|  | 1600 | Called McLain / Left him a voice mail to contact me. |
|  | 1650 | I received information that McLain's Zodiac boat was seen in the area of Fisherman's Wharf. I responded to the area to look for the boat with negative results. I searched various piers and Port Authority buildings where the boat might be located. |
| 1/4/11 | 0855 | Called Carmignani / Voice mail box full. |
|  | 0930 | Called Carmignani (w_____/ Voice mail box was full and not accepting messages. |
|  | 1015 | I conducted a computer check and a QALL to locate a phone number for Carmignani with negative results. It appears Carmignani left Daegis and started his own business (DRC Investments), in November of 2010. There is no phone number or address listed with DRC Investments. |
|  | 1315 | Called McLain / Left a voice mail. |
|  | 1335 | #2087 and #106 went to 37 Magnolia St. in San Francisco to attempt to locate Carmignani at his residence. #2087 told Carmignani that we were conducting an audit of the SFPD Marine Unit. #2087 told Carmignani that his name was on the "Bill of Sale" and wanted to know where he got the boat. Carmignani asked if he was being charged for anything and #2087 said "No." Carmignani stated "My private business is my business and I have nothing to |

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION Page 13 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |

| Date of Occurrence | Detail | Inspector Assigned |
|---|---|---|
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
| | | say to you." Carmignani did not want to talk to us any longer. |
| | 1339 | #149 faxed Clint Powell from Craigslist to follow up on the last email where he got no response. #149 gave Powell more information regarding the Zodiac boat and asked him to research it and call if he had any questions or information. Retained in the case file. |
| | 1355 | #2087 called McLain and left a voice mail. |
| | 1400 | McLain called #2087. #2087 asked McLain if he had ever met the seller prior to buying the Zodiac. McLain stated "No." #2087 asked McLain where the parking lot was located that he met the seller and bought the Zodiac. McLain wanted to know why that was relevant. He said he met the seller somewhere on 3rd St. but could not be any more specific. McLain stated it does not matter where I was exactly. #2087 asked why the registration application and Bill of Sale stated he paid $500.00 for the Zodiac when earlier he told us that he paid $5000.00. McLain stated it was a clerical mistake. McLain then said he did not like where this conversation was going and did not want to talk any longer. |
| | 1505 | #149 emailed a request for release of records to the legal department of Craigslist. Want to find out if the Zodiac was ever listed on Craigslist. Retained request in the case file. |
| | 1515 | #2087 spoke to Peter Aviles from Central Shops and asked if he could track down any information regarding the Zodiac boat being sold. He took down the information and stated he would research it and call back. |
| | 1621 | Landis from Fiscal emailed and stated she could not find any record of a deposit from July 2009 - December 2010 for a Zodiac boat. Retained email in the case file. |
| | 1627 | Powell emailed #149 and asked for more information to help in his search. Retained in the case file. |
| | 1700 | #149 emailed Powell with the requested information and is waiting for a response. |
| 1/5/11 | 0955 | #106, #149 & #1433 went to Pier 50. We checked all the sheds, especially shed D where the Zodiac boat is registered to Brent McLain with negative results. |
| | 1000 | Peter Aviles from Central Shops called #2087 and stated that a boat was sold in 2005. 161-Boats 3 (Marine 3) was the city number. Nationwide is the auction company that sold SFPD used equipment, and they are out of business. |
| | 1050 | Spoke to Sgt. Matthews. Matthews said ▮ gave the Zodiac boat in question to fleet. Matthews said the last time he saw the Zodiac boat was at 606 approximately 1-1.5 years ago. The hull was sitting on the trailer. There were no inflatable tubes, engines, radar or any other equipment with the |

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION Page 14 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |

| Date of Occurrence | Detail | Inspector Assigned |
|---|---|---|
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
| | | boat.<br><br>Matthews said that the audit has been completed but not turned in yet. It was requested by Captain Connolly on Friday 1/7/11. |
| | 1100 | Spoke to Officer Latus who told me the last time he saw the Zodiac boat at building 606 was 1-1.5 years ago. Latus stated he remembers seeing the hull and the inflatable tubes. He does not remember seeing the trailer, the engines or any other equipment with the boat. |
| | 1110 | Received documentation from Central Shops regarding the turn-in request for the Zodiac boat (retained in the case file). There are two Vin numbers listed, but only one boat was turned in. The boat was a rigid hull with city vehicle ID #161BOAT3. The first Hull #XDC63146A797 comes back record not on file. The 2nd Hull #XDC6411H292 is one number short of a valid Vin. The Zodiac Boat registered to Brent McLain is XDC64116H292. The only difference is the number 6 before the H. Possibly a clerical mistake. I will check with Officer Rich Lee #115 from fleet. Lee signed the turn-in request form. The form shows that no equipment was turned in with the boat (such as engines, radar, radios, gauges, etc.). This boat was turned in on 5/26/2005 and sent to auction on 6/16/05. |
| | 1341 | Asked Landis to check records from January 2005-July 2009 for any deposits made regarding a Zodiac boat. |
| | 1455 | Called Officer Laherty / He said he would call me back at 1600 hours. |
| | 1517 | Landis stated she would check the records of deposits for any boats from the Marine Unit. |
| | 1620 | Called Laherty. Asked him to contact me if he sees McLain or the Zodiac Boat (Marine 2,). I asked Laherty about Marine 3 and where it was located. This is the boat that is listed on the turn-in request form from 5/26/05. He stated that it was an aluminum boat with a rubber rail around it. It got recalled because of bad aluminum and was disposed of. ▓▓▓▓ old Laherty that it was destroyed in Washington. The boat was bought from Safeboats International in Port Orchard, Washington. The overall length was 27' with two twin 90HP Mercury engines. Laherty said Marine 3 was built in 2000.<br><br>▓▓▓▓ told Laherty that Marine 2 was turned into fleet. Laherty does not remember when Marine 2 went out of service. The last time he saw it at building 606 was about two years ago. He first saw McLain with the boat in late 2009 or early 2010.<br><br>Laherty said ▓▓▓▓ appears very spooked. He is not acting like his normal self. |

Confidential

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION Page 15 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |
| Date of Occurrence | Detail | Inspector Assigned |
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
| | | Laherty said Officer Dino Zografos #1139 (E.O.D.) was interested in buying the boat. Laherty does not know if he bought the boat. He thought that Zografos lost interest but he was unsure.<br><br>Laherty said that none of the Marine Unit's boats are registered. He said all the other agencies register their boats with a CF # and are exempt. SFPD does not do that.<br><br>This is merely a summary of the interview, for complete details refer to the CD-Disk located in the case file. |
| 1/6/11 | 1035 | Spoke to Vivian Ariarte (_____), DMV Tech Analyst, who stated there was no record on file for Hull #XDC63146A797. This is one of the Hull numbers from the turn-in request form. I then spoke to Tracy Booker, DMV Tech Analyst, regarding applications for registration. She told me that you don't need a title to get a vehicle registered. A "Bill of Sale" is good enough in California. |
| | 1120 | Spoke to Officer Rich Lee. Set up a meeting at fleet on Monday 1/10/11 at 1000 hours. Asked him to have records of any paperwork dealing with the Marine Unit. Especially boats that have been turned in for a credit towards future replacements. |
| | 1210 | Received a fax from Deborah at Fiscal stating that she checked the deposits from July 2005-December 2010. She did not see any deposits that looked like a possible match for the sale of the Zodiac boat. |
| | 1335 | Spoke to Danya with Safe Boats International. The hull numbers on their boats begin with EGO, so the Hull # on the turn-in request form is not from Safe Boats International. |
| | 1624 | Received an email from Peter Aviles from Central Shops. He stated that the above mentioned Zodiac boat was sold by Nationwide Auctions on 6/25/05 for $1.00. |
| 1/10/11 | 0900 | I faxed Deborah asking her for the contract regarding purchase orders with Eagle Marine. I want to determine what products and services they provide. I'm under the impression they are used strictly for maintenance and repairs to the boats and engines. |
| | 1005 | #106 and #2178 went to the Fleet Office at 850 Bryant St. and met with Officer Rich Lee # 115. Lee said he has only been involved with 2 vessels (Jet skis) that were bought for the Marine Unit. The rest of the boats came from the 1033 program or were donated. Central Shops Inventories and assigns a number to each vessel and each trailer. Registration and licensing goes through Central Shops. |

Produced Pursuant to Stipulated Protective Order

CCSF McLain 000040

Confidential

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION Page 16 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| **Misappropriation of City Funds** | 100 664 178 | C/C of S.F. |
| Date of Occurrence | Detail | Inspector Assigned |
| **July 2008 – Present** | **Internal Affairs Division** | **Sgt. Jon McMahon #106** |

| Date | Time | Activity |
|---|---|---|
| | | The 47' boat (161boat4) belonging to the Marine Unit was donated by the Coast Guard according to Lee. When a boat is donated fleet gets involved because they must maintain and fuel it. There has to be a budget to do this. Fleet sends information to Central Shops so that it can get a number assigned so they can charge fuel and maintenance costs. This boat is not registered to the SFPD.<br><br>Lee stated when he has told ▮▮▮ numerous times that he has the registration stickers for their boats, but ▮▮▮ refuses to put them on the boats.<br><br>Lee stated the Marine Unit is in possession of two Zodiac boats that are not registered to the SFPD. They do not even have numbers assigned to them by Central Shops. He says they don't belong to the SFPD. Lee has asked ▮▮▮▮ for paperwork so he can address the fueling and maintenance costs. Also they need to be registered and have an SFPD number assigned to them. ▮▮▮ told Lee the boats don't belong to the city. ▮▮▮ never produces the information Lee is asking for. ▮▮▮ gases the Zodiacs by charging it on the 47' boat's account.<br><br>Lee thinks that there might be a 23' boat that the Marine Unit is driving but is not registered. Lee says he has no paper work on this boat. ▮▮▮ says they came from a Grant in Sacramento. ▮▮▮ keeps fleet out of the loop according to Lee.<br><br>Lee said there has only been one boat turned in which was in 2005. The boat was completely stripped of all the equipment (engines, radar, radios, gauges etc.). This is the Zodiac Boat (r/o Brent McLain) that we are concerned about. The Marine Unit personnel state that this Zodiac is Boat 2 and the paperwork says it is Boat 3. It should be noted Boat 2 and Marine 2 is the same thing. The Hull number is missing one number according to the registration belonging to McLain. Lee cannot explain why the assigned number is different. He also can't explain why there are 2 different Hull numbers on the turn-in form. Lee stated this boat went to Central Shops and was sold at auction.<br><br>Lee stated that boats come and go without fleet being notified. He does not know what happens to them or if the old boats are disposed of. It doesn't appear to Lee that ▮▮▮ keeps good records regarding the Marine Unit boats and equipment. Lee asked ▮▮▮ several times for paper work and registration on the different vessels. Lee does not know exactly how many boats are assigned to the Marine Unit. |

Produced Pursuant to Stipulated Protective Order

CCSF McLain 000041

Confidential

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |
| Date of Occurrence | Detail | Inspector Assigned |
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
|  |  | Central Shops holds the title and registration information. Fleet has copies of everything. Copies of the inventory of boats assigned to the Marine Unit are retained in the case file. The 2 Zodiac boats are not on this list. Copies of the files regarding each Marine Unit Boat (registration, title, etc...) are also retained in the case file.<br><br>This is merely a summary of the interview, for complete details refer to the CD-Disk in case file. |
| 1/11/11 | 0930 | I went to a meeting at the HOJ with Commander Mahoney, Lt. Moser (IAD Admin), Director Tidwell (Risk Management), Lt. Reilly, Insp. Keller, & Officer Duarte. I gave an update of this case regarding ▓▓▓▓ and the Marine Unit. It was determined that three search warrants needed to be written and served to the Marine Unit, the home and vehicle of ▓▓▓▓ and Eagle Marine. |
|  | 1300 | At approximately 1300 hours #106, #149, #2178, #1433, #1270 & #589 paired up and searched the waterfront for the above mentioned Zodiac boat, r/o Brent McLain. #106 and #149 went to Pier 80 where McLain works for the Port Authority. We searched the pier for the Zodiac with negative results. #106 and #149 went to Building 606 to look for the Zodiac with negative results. There was a Zodiac boat that belonged to the Marine Unit but not the one we were looking for. #106 and #149 worked their way south searching piers, slips and sheds along the waterfront. We walked along the Hyde Street Pier and saw an orange Zodiac boat docked in one of the slips next to the pier. This area is known as the Hyde Street Commercial Harbor. It should be noted that the Marine Unit docks their boats at this harbor.<br><br>#149 borrowed a pair of binoculars from the National Park Service Rangers. He was able to read a placard on the boat with CF #9812TM. This CF number belongs to the Zodiac Boat registered to Brent McLain that we have been searching for. I called #1433 and #2178 and notified them that we found the Zodiac boat next to the Hyde St. Pier. |
|  | 1600 | #2178 & #1433 responded to our location and observed where the boat was docked. #2178 made notifications to Tidwell/Mahoney. It was determined that we would seize the boat and tow it to CSI. |
|  | 1630 | Contacted SFPD Fleet Officer Rich Lee for information regarding towing boat from the Marina. Contacted Hit & Run Inspector Taylor regarding same. Neither party had helpful information. |
|  | 1640 | Advised Marine Unit that we are requesting their help in removing the Zodiac from the water / Officer Bettencourt advises cannot pull boat due to low tide. |

Produced Pursuant to Stipulated Protective Order        CCSF McLain 000042

Confidential

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION Page 18 of 58

| Type of Case | Case Number | Victim |
|---|---|---|
| Misappropriation of City Funds | 100 664 178 | C/C of S.F. |
| Date of Occurrence | Detail | Inspector Assigned |
| July 2008 – Present | Internal Affairs Division | Sgt. Jon McMahon #106 |

| Date | Time | Activity |
|---|---|---|
|  |  | Boat cannot be towed until 0800 hours on 1/12/11. Bettencourt gave us a key to dock area. Marine Unit will return at 0800 hours to assist. |
|  | 1700 | Conducted surveillance on the boat until 0800 hours. |
| 1/12/11 | 0600 | I met #2087 at the office and assisted him in writing a search warrant for the LaCie Hard Drive that ▮ purchased from Eagle Marine. |
|  | 0800 | Laherty #1644, Broucaret #405, Bettencourt #1395 and Manfredi #4193 from the Marine Unit towed the Zodiac boat from slip 209 at the Hyde Street Commercial Harbor to the public ramp at Pier 50. |
|  | 1015 | The boat was towed to CSI. #149 and #1433 stayed with the boat until it was parked at the CSI parking lot at Auto Return on 7th St. #2087 gave Bettencourt her business card with desk phone number.<br><br>No address or phone number/ Could not give McLain a property receipt. |
|  | 1020 | Discussed the case with #2178 & #2087. |
|  | 1030 | Called Sgt. Matthews to get a description of Lopez' office and locker at the Marine Unit. Left voice mail. |
|  | 1040 | Called Matthews again / Left voice mail |
|  | 1115 | #2178 called Park Presidio Marine regarding the serial numbers on the twin 90HP Mercury engines. The owner, Gary Barrango, stated the engines were sold to the SFPD. |
|  | 1120 | CSI Vehicle Lot / Insp. Hnatow called. #2178 advised her to hold Zodiac boat for Safekeeping in the SFPD lot. |
|  | 1135 | Called Officer Rich Lee / Conducted second interview. Lee told me that the Zodiac boat was stripped when ▮ turned it in to fleet. He made arrangements with Central Shops to have the auctioneer respond to building 606 to tow it out to be sold. Officer Lee does not remember the inflatable tubes being with the boat when he inspected it. To the best of Lee's memory only the Hull was turned in. He did not see any radios, engines, radar etc. with the boat.<br><br>Officer Lee said no one has ever turned in any outboard engines to him. Lee stated he is the only person who would turn in any engines to Central Shops. Central Shops would not accept any engines unless they came from Fleet.<br><br>This is merely a summary of the interview, for complete details refer to the CD-Disk retained in the case file. |
|  | 1144 | McLain left a message on #2178 phone regarding boat |
|  | 1150 | #2178 & #149 responded to Park Presidio Marine (1300 25th St. to interview Gary Barrango. He stated that he use to work on SFPD boats. He stated Brent McLain brought in the Zodiac (CF #9812TM) into his shop and that the |

Produced Pursuant to Stipulated Protective Order

CCSF McLain 000043