UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BRENT MCLAIN,<br><br>                Plaintiff(s),<br>   v.<br>SF CITY & COUNTY,<br><br>                Defendant(s).<br>_____/ | No. C 12-03225 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |

     Pending before the Court are the parties' Motions for Summary Judgment. Pursuant to Civil Local Rule 56-2 and the Court's Case Management Order in this matter, the parties must submit a joint statement of undisputed facts when filing a motion for summary judgment. Accordingly, the parties shall file a <u>joint</u> statement of undisputed facts on or before August 8, 2013. The parties are ORDERED to meet and confer in good faith for the purpose of preparing the joint statement. Failure to meet and confer in good faith may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: July 23, 2013

                                                     _____
                                                     Maria-Elena James
                                                     United States Magistrate Judge