1  EDWIN K. PRATHER (Cal. Bar No. 190536)
   SYBIL L. RENICK (Cal. Bar No. 213149)
2  PRATHER LAW OFFICES
   461 Bush Street, Suite 350
3  San Francisco, California 94108
   Telephone:   415-881-7774
4  Email:  Edwin@pratherlawoffices.com
           Sybil@pratherlawoffices.com
5
   Attorneys for Plaintiffs
6  BRENT MCLAIN and
   MYLAN TRANG
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  BRENT MCLAIN, an individual, and MYLAN  )  Case No. 12-CV-3225 MEJ
    TRANG, an individual,                   )
13                                          )
            Plaintiffs,                     )  **STIPULATION AND [PROPOSED] ORDER
14                                          )  VACATING THE TRIAL DATE AND ALL
        vs.                                 )  PRE-TRIAL CUTOFF DATES AND
15                                          )  REQUEST FOR NEW SCHEDULING
    CITY AND COUNTY OF SAN FRANCISCO;       )  ORDER AFTER RULING ON CROSS
16  SAN FRANCISCO POLICE OFFICER NICK       )  MOTIONS FOR SUMMARY JUDGMENT**
    BETTENCOURT; SAN FRANCISCO POLICE       )
    OFFICER ALBERTO DUARTE; SAN             )
17  FRANCISCO POLICE OFFICER DARCY          )  Current Trial Date:  January 13, 2014
    KELLER; SAN FRANCISCO POLICE            )
18  OFFICER DANNY LOPEZ; SAN                )
    FRANCISCO POLICE OFFICER KEITH          )
19  MATTHEWS; SAN FRANCISCO POLICE          )
    OFFICER JOHN MCMAHON; SAN               )
20  FRANCISCO POLICE OFFICER MARK           )
    MOPAS; SAN FRANCISCO POLICE             )
21  OFFICER PETER WALSH; and DOES 1         )
    through 50, inclusive,                  )
22                                          )
            Defendants.                     )
23  _____)

24

25

26

27

28

McLain v. City and County of San Francisco, et al.
12-CV-3225 MEJ
STIPULATION TO VACATE TRIAL AND PRE-TRIAL CUTOFF DATES AND FOR NEW SCHEDULING ORDER

The parties hereby stipulate as follows:

WHEREAS the parties filed cross motions for summary judgment on July 18, 2013, which were heard by the Court on August 28, 2013 and taken under submission;

WHEREAS the Court has not yet ruled on the cross motions for summary judgment;

WHEREAS the parties previously agreed to have the cross motions heard prior to engaging in certain discovery;

WHEREAS the parties did not have sufficient time within the current schedule to complete discovery and agreed to continue the October 11, 2013, discovery cutoff date, including expert witness discovery, and the cutoff dates for the exchange of expert witness reports;

WHEREAS the parties agreed to put discovery on hold until after the Court rules on the cross motions for summary judgment;

WHEREAS continuing the cutoff dates for discovery and exchange of expert witness reports makes it impossible to meet the Court's currently scheduled trial deadlines;

NOW THEREFORE, the parties stipulate and agree that:

1. The trial date and all currently scheduled pre-trial deadlines shall be vacated;

2. A new case management order shall be entered after the Court rules on the parties' cross motions for summary judgment.

Dated: October 29, 2013

PRATHER LAW OFFICES

By: _/s/ Sybil L. Renick_
EDWIN K. PRATHER
SYBIL L. RENICK

Attorneys for Plaintiffs
BRENT MCLAIN and
MYLAN TRANG

2

McLain v. City and County of San Francisco, et al.
12-CV-3225 MEJ
STIPULATION TO VACATE TRIAL AND PRE-TRIAL CUTOFF DATES AND FOR NEW SCHEDULING ORDER

Dated: October 29, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney

By: /s/ Margaret W. Baumgartner
MARGARET W. BAUMGARTNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

## ORDER

Pursuant to this stipulation, IT IS SO ORDERED. The current trial date and pre-trial deadlines are vacated and a new case management order will be entered after the Court rules on the parties' motions for summary judgment.

Dated: 10/29/2013

HON. MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

McLain v. City and County of San Francisco, et al.
12-CV-3225 MEJ
STIPULATION TO VACATE TRIAL AND PRE-TRIAL CUTOFF DATES AND FOR NEW SCHEDULING ORDER

3